No. 10–361. XIUYING ZHENG v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 10–370. STEWART v. AT&T, FKA SBC COMMUNICATIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–391. XIU FENG LI v. HOCK ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–393. BAIRD v. BURLINGTON NORTHERN & SANTA FE RAILWAY CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–407. GOULD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–465. SCOTT v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 10–472. CARDENAL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–480. KROCKA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–488. ZAJANCKAUSKAS v. HOLDER, ATTORNEY GENERAL. C. A. 1st Cir. Certiorari denied.

No. 10–5113. WALKER v. THOMSEN ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–5195. GAGLIANO v. MAZUR-HART. C. A. 9th Cir. Certiorari denied.

No. 10–5232. BOND v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 10–5247. HUDGINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6253. WALKER v. CATE. C. A. 9th Cir. Certiorari denied.

No. 10–6254. VINES v. KANE, WARDEN. C. A. 9th Cir. Certiorari denied.